IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LETHA R. IVORY                                                                                    PLAINTIFF

V.                                                                            CIVIL ACTION NO.: 1:10CV3-SA-JAD

BAYER CORPORATION, BAYER
HEALTHCARE PHARMACEUTICALS,
INC. & BAYER HEALTHCARE, LLC                                                        DEFENDANTS

ORDER GRANTING UNOPPOSED
MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL-2100

Presently before the Court is the unopposed motion of Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc., and Bayer HealthCare, LLC, to stay the proceedings and to terminate all deadlines in this action.

The Court finds this motion is well taken. It is ORDERED that all proceedings in this action, including but not limited to any case management deadlines and any Rule 26 disclosure obligations, are hereby STAYED pending transfer of this action to MDL-2100, established in the United States District Court for the Southern District of Illinois and titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*. All pending dates and deadlines are hereby terminated.

SO ORDERED, this the 28th day of January, 2010.

                                          **/s/ Sharion Aycock**
                                          **UNITED STATES DISTRICT JUDGE**